# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**SAM KINNEY, III**                                                                                          **PLAINTIFF**

**v.**                                              **Case No. 4:19-cv-00860-KGB**

**POPE,** *et al***.**                                                                                        **DEFENDANTS**

## ORDER

Plaintiff Sam Kinney, III, formerly an inmate at the Drew County Detention Center, filed this *pro se* complaint on December 3, 2019 (Dkt. No. 1).  On April 8, 2020, the Court directed Mr. Kinney to either (1) pay the $400.00 filing fee in full or (2) file a properly completed application to proceed *in forma pauperis* by May 8, 2020 (Dkt. No. 2).  The Court advised Mr. Kinney that, if he failed to do so timely, this case would be dismissed without prejudice.  Local Rule 5.5(c)(2) of the Eastern and Western Districts of Arkansas ("If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.").  A copy of the Court's April 8, 2020, Order was mailed to Mr. Kinney at his address of record.  The Order was sent to Mr. Kinney a second time, but again the mail was returned as undeliverable (Dkt. No. 4).

As of the date of this Order, Mr. Kinney has not complied with the Court's Order of April 8, 2020, and the time for doing so has passed.  Further, Mr. Kinney has not updated his address with the Court as required by Local Rule 5.5(c)(2).  Accordingly, this case is dismissed without prejudice.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

2

So ordered this 22nd day of January, 2021.

_____
Kristine G. Baker
United States District Judge